COMMISSIONER OF EMPLOYMENT SECURITY v. THE

ETHAN ALLEN COMMUNITY COLLEGE, No. 12-78

April 13, 1978. Motion to Dismiss granted. Appeal dismissed. V.R.A.P. 4(a) and Reporter's Notes.